JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PHILIP JONES,              ) Case No. CV 13-7792-JWH (JPR)

          Petitioner, )

                    )     **J U D G M E N T**

        v.          )

KELLY SANTORO, Warden,   )

          Respondent. )

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    It is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Second Amended Petition is **DENIED** and that this action is **DISMISSED with prejudice.**

    **IT IS SO ORDERED.**

DATED: November 17, 2021

_____
JOHN W. HOLCOMB
U.S. DISTRICT JUDGE